# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01028 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO CORRECT NAME OF DEFENDANT<br><br>[ECF No. 11] |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On June 26, 2014, Plaintiff filed his complaint. On August 6, 2014, he filed the instant motion to amend the complaint to correct the name of Defendant. Plaintiff asks that the complaint naming Defendant Governor Jerry Brown be corrected to reflect Defendant's true name of Edmund G. Brown, Jr.

Good cause having been presented, Plaintiff's motion is GRANTED. The Clerk of Court is DIRECTED to correct Defendant's name on the docket to Edmund G. Brown, Jr.

IT IS SO ORDERED.

Dated:　**September 2, 2014**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1