# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWN,<br><br>       Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>       Defendants. | Case No. 1:14-cv-01028 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR REFUND OF FEES AND RESTITUTION PAYMENTS<br><br>[ECF No. 15, 17] |

      Plaintiff Rodney Brown ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 26, 2014. On July 17, 2014, the Court granted Plaintiff's motion to proceed in forma pauperis. On September 19, 2014, Plaintiff filed a motion for a refund of his filing fees. On October 1, 2014, Plaintiff filed a motion for a court order prohibiting the CDCR from deducting monies from his prison trust account. Plaintiff complains that recent deductions by the CDCR violate the Court's orders. Plaintiff has attached a copy of his prison trust account statement. See Pl.'s Mot. for Court Order, Ex. D.

      The Court has reviewed the prison trust account statement and finds nothing improper. The statement shows Plaintiff has been granted in forma pauperis status in four cases. In each case, Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. The CDCR is required to send to the Clerk of the Court payments each time the amount in the account exceeds $10.00 until the statutory fee is paid.

1

In addition, Plaintiff owes a restitution fine of $300.00 that was imposed by the Los Angeles County Superior Court during sentencing on May 21, 2014. <u>See</u> Pl.'s Mot. for Court Order, Ex. A at 67. The statement reflects that $100.00 was deposited on September 3, 2014. An administrative fee of $5.00 was deducted for the deposit. The sum of $50.00 was applied to the restitution fine. The statement reflects that the CDCR deducted twenty percent of the preceding month's income, to wit, $20.00, and applied it to two of the four cases. An additional $5.00 was applied to the third case. This amount is less than the $20.00 in the other two cases because the funds in the account had been exhausted by the other deductions. After review of the trust account statement, the Court finds that the deductions are proper and consistent with all court orders.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for refund of moneys are DENIED.

IT IS SO ORDERED.

    Dated: __**October 15, 2014**__                /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE