# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWN,<br><br>      Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>      Defendants. | Case No. 1:14-cv-01028 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE<br><br>[ECF No. 18] |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On June 26, 2014, Plaintiff filed his Complaint. On September 17, 2014, Plaintiff filed a First Amended Complaint which is currently pending screening by the Court. On October 6, 2014, Plaintiff filed the instant motion requesting the Court to take judicial notice of clearly established law concerning claims of cruel and unusual punishment as to medical care. Plaintiff is advised that the Court is well aware of the law applicable to his case.

Accordingly, Plaintiff's motion for judicial notice is DISREGARDED.

IT IS SO ORDERED.

    Dated: __October 15, 2014__            /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE