# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWN,<br><br>       Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>      Defendants. | Case No.  1:14-cv-01028 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S NOTICE OF OBJECTION<br><br>[ECF No. 23] |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff consented to the jurisdiction of the Magistrate Judge on August 11, 2014.

On June 26, 2014, Plaintiff filed his Complaint.  On September 17, 2014, Plaintiff filed a First Amended Complaint which is currently pending screening by the Court.  On October 6, 2014, Plaintiff filed a motion requesting the Court to take judicial notice of clearly established law concerning claims of cruel and unusual punishment as to medical care.  Plaintiff was advised that the Court is well aware of the law applicable to his case.  Accordingly, Plaintiff's motion for judicial notice was disregarded.

On October 24, 2014, Plaintiff filed the instant notice of objection and request for de novo review of the pleadings.  Plaintiff states he objects to the factual findings made by the Magistrate Judge.  Again, Plaintiff is advised that the First Amended Complaint is currently

1    pending screening by the Court, and no factual findings have been made at this point.

2          Accordingly, Plaintiff's notice of objections is DISREGARDED.

3

4    IT IS SO ORDERED.

5    Dated:   **October 29, 2014**                    /s/ Dennis L. Beck

6                                                UNITED STATES MAGISTRATE JUDGE