1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

RODNEY BROWN,

11          Plaintiff,

12      v.

13  JERRY BROWN, et al.,

14          Defendants.

15

16                                                              /

Case No. 1:14-cv-01028 DLB PC

ORDER DISMISSING ACTION FOR
FAILURE TO PAY FILING FEE

[ECF No. 29]

17         Plaintiff Rodney Brown, # AT-6806, a state prisoner proceeding pro se, filed this civil

18  rights action pursuant to 42 U.S.C. § 1983 on June 26, 2014, along with a motion for leave to

19  proceed in forma pauperis.[1]   On July 17, 2014, the Court granted Plaintiff's motion to proceed in

20  forma pauperis.  On June 5, 2015, the Court determined that Plaintiff was subject to 28 U.S.C. §

21  1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this

22  section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any

23  facility, brought an action or appeal in a court of the United States that was dismissed on the

24  grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted,

25  unless the prisoner is under imminent danger of serious physical injury."   The Court therefore

26  revoked Plaintiff's in forma pauperis status, and directed Plaintiff to pay the filing fee in full or

27

28  [1] On August 11, 2014, Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

1    suffer dismissal.  Plaintiff was granted thirty (30) days to comply.  Over thirty (30) days have

2    passed and Plaintiff has not paid the filing fee.

3           Accordingly, IT IS HEREBY ORDERED that the action is DISMISSED for failure to pay

4    the filing fee.

5           This terminates this action in its entirety.

6

7    IT IS SO ORDERED.

8       Dated:    **September 8, 2015**                    /s/ *Dennis L. Beck*

9                                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2